## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

JANET DALE HODGE,

        Plaintiff,

v.                                      CIVIL ACTION NO.   3:16-5095

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants unopposed Motion for Remand (ECF No. 7), reverse or vacate the decision of the Commissioner, and remand Plaintiff's case to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the unopposed Motion.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendants unopposed Motion for Remand (ECF No. 7), **REVERSES** the decision of the Commissioner, and **REMANDS** Plaintiff's case to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as

outlined in the unopposed Motion, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: September 13, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE